UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

VERMONICA HAYNES
AND JEFFREY HAYNES, et al.

                                   CIVIL ACTION

VERSUS

                                   NO. 13-649-JJB

HEALTHCARE SERVICES
GROUP, INC., et al.

## RULING

This matter is before the Court for consideration of the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, dated May 30, 2014 (doc. 16), relative to a motion to remand filed by plaintiffs (doc. 4). Defendants have filed an objection (doc. 17).

The magistrate judge recommends that this matter be remanded on the grounds that the federal court lacks subject matter jurisdiction. The magistrate judge correctly cites the applicable law. The objections merely restate defendants' prior arguments. The Court agrees with the magistrate judge that defendants did not meet their burden of establishing improper joinder and that there is at least a reasonable possibility that the defendant may be liable to the plaintiff. Accordingly, the motion to remand (doc. 4) is hereby GRANTED.

Baton Rouge, Louisiana, this 8th day of June, 2014.

                                   JUDGE JAMES J. BRADY
                                   UNITED STATES DISTRICT COURT
                                   MIDDLE DISTRICT OF LOUISIANA